**Thomas J. Erickson**
**Attorney at Law**
**The Landmark Building**
**316 N. Milwaukee St., Ste. 550**
**Milwaukee, WI  53202**
**(414) 271-0678**

March 4, 2026

Hon. Anita Marie Boor
US Courthouse
Madison, WI

Re: US v. James Land, Case No. 25-CR-63

Dear Judge Boor:

In regard to the Court's Order of March 3rd, please be advised that today I forwarded a signed plea agreement to the government for filing.  I expect that it would be filed with the court today or tomorrow.  Accordingly, I will not be responding to the Order as my client has entered a guilty plea.

Very truly yours,

/s/Thomas J. Erickson
Thomas J. Erickson


TJE/ms


cc:  Steven Anderson, AUSA