# Pruhs & Donovan, S.C.

Martin J. Pruhs  
Christopher D. Donovan

757 North Broadway – 4th Floor  
Milwaukee, Wisconsin 53202  
Tel:  (414) 221-1950  
Fax: (414) 221-1959

4 March 2026

The Honorable Anita Marie Boor  
United States Magistrate Judge  
United States Courthouse – Western District of Wisconsin  
Madison, Wisconsin

              Re:    United States v. Kyle Haag, et. al.  
                       Western District of Wisconsin Case No. 25-CR-63

Dear Judge Boor,

I am writing in response to the Court's Order of March 3rd, 2026 (Docket #300) for me to show cause why I failed to appear for the telephone status conference yesterday; and for all counsel who have not filed plea agreements to advise the Court with respect to their positions on the matters addressed in the Order.

First, I apologize for not appearing at the telephone status conference.  I failed to appear because I mis-calendared the hearing and mistakenly entered it into my calendar as being for 10:00am on *March 4th*, not March 3rd.  During the hearing AUSA Anderson emailed me but, by the time I was able to log on, the hearing was over.  Again, I sincerely apologize for the confusion and any inconvenience I caused by my failure to appear.

With regard to Mr. Haag's position in this case, we have received all the discovery and I met with Mr. Haag in the Columbia County Jail to review it.  I also provided Mr. Haag with a digital copy of the relevant unrestricted discovery materials for him to review independently in the jail.

I received a proposed plea agreement from the Government and reviewed it with Mr. Haag, and proposed a counter-offer in telephone discussions with Mr. Anderson.  In short, I think we are having productive discussions to resolve Mr. Haag's case short of trial.

With regard to trial scheduling, we do not object to the proposed schedule outlined in the Court's Order, with Mr. Haag being included with third group of defendants for trial, if necessary.

                                    Sincerely,

                                    *s/ Martin J Pruhs*  
                                    Martin J. Pruhs