# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 03/04/2026    DAY: Wednesday    START TIME: 1:03 PM    END TIME: 1:30 PM

JUDGE/MAG.: wmc    CLERK: acd    REPORTER: jld

PROBATION OFFICER: _____    INTERPRETER: _____    SWORN: YES ☐ NO ☐

CASE NUMBER: 25-cr-63    CASE NAME: USA v. Purnell, Jamar M.

**APPEARANCES:**

ASST. U.S. ATTY.: Steven Anderson    DEFENDANT ATTY.: Kathleen Marie Quinn

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1 & 7 ; Life YR(S) IMPRISONMENT; $10,000,000 FINE; Life YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 49    ☐ INDICTMENT/INFORMATION READ    ☒ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY    ☒ DEFENDANT SWORN
☐ NOT GUILTY    ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
☐ NO CONTEST    ☒ DEFT. ADJUDGED GUILTY BY COURT
☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____    TRIAL ESTIMATE: _____ DAYS
PTMH/EVID. HRG.: _____    MOTIONS DUE: _____
FPTC: _____    FPTC SUBMISSIONS: _____
FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 04/14/2026    OBJECTIONS DUE: 04/28/2026
SENTENCING: 05/21/2026 at 2:00 PM

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 27"