# JEFFREY W. JENSEN

**Attorney and Counselor at Law**
161 S. First Street
Suite 200
Milwaukee, WI 53204
414-224-9484

```
Wednesday, March 4, 2026

Hon. Anita Marie Boor
United States Courthouse (WD-WI)
Delivered via efiling

RE: United States v. Treagir Sander
    Appeal No. 25-cr-63

Dear Judge Boor:

I represent the defendant, Treagir Sander. This is in response
to the court's order directing counsel to provide input as to
the court's proposal for scheduling trials [Dock. 300].

I firmly support the court's proposal to divide the defendants
into three groups of three, and to then schedule three trials,
with Sander being in the third group.  We support this
proposal for the following reasons:
```

- As the court noted, the courtroom cannot comfortably accommodate a trial involving up to nine defendants; and taking some drastic measure such as placing some of the defendants in a separate room could implicate their due process rights
- When nine defendants are all tried together, it frequently presents complicated *Bruton* issues when the government attempts to introduce evidence of statements by one defendant that implicate another defendant
- It is asking a lot for a single jury to keep straight all of the evidence against each of nine defendants
- Contrary to what the government asserted yesterday, it is frequently not more economically efficient to try nine defendants together than it would be to have three separate trials.  Many of the defense attorneys on this case are appointed under the Criminal Justice Act.  It is not an efficient use of tax payor funds to pay defense lawyers to sit through a lengthy combined trial where much of the evidence has nothing to do with her/her client.

email: Jensen@MilwaukeeCriminalDefense.pro

      For these reasons, we support the court's proposal.

```
Very truly yours,
/s/ Jeffrey W. Jensen
SBN 01012529
```