IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.  Case No: 25-cr-63-wmc

JAMAR M. PURNELL ET AL,

Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE GOVERNMENT BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION TO SUPPRESS

---

The United States of America, by Chadwick M. Elgersma, United States Attorney for the Western District of Wisconsin, and Steven P. Anderson and Kathryn Ginsberg, Assistant United States Attorneys, request an extension of the government's filing deadline for their brief in response to the defendant's motion to suppress from March 6, 2026, to March 11, 2026. The basis for the request is that AUSA Ginsberg, who is replying to the motion, has unexpectedly been out of the office for 3 days due to an ill child and is asking for the additional 3 days to make up for her inability to work while she was out. Additionally, earlier this week, this Court requested time-sensitive input from the parties that will have a large impact on how the case moves forward, which is due today, March 5. Counsel had to shift priorities from working on a response to this motion because of the other, more time sensitive request. I have spoken with Attorney Moyers on this matter, and he does not oppose this request.

Respectfully, submitted,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/_____
    KATHRYN GINSBERG
    STEVEN P. ANDERSON
    Assistant United States Attorneys