

# Maciolek Law Group LLC

Mailing address:  www.macioleklawgroup.com
750 Windsor Street #206  mark@macioleklawgroup.com
Sun Prairie, WI 53590  608.403-3252 (p)|920.694.0928 (f)

March 5, 2026

The Honorable Anita Boor
Magistrate Judge
United States District Court
Western District of Wisconsin

Re:    R. 300

Dear Judge Boor,

In response to the Court's order, R. 300, on behalf of my client, Anthony Hohenstein, we have no objection to the Court's proposal that Mr. Hohenstein's current trial date be struck and that a new trial date be scheduled with co-defendants Sander, Haag, Land, Lavine, and Stackhouse.

**Maciolek Law Group**

*[signature: Mark Maciolek]*

**Mark Maciolek**
750 Windsor St. #206
Sun Prairie, WI 53590
mark@macioleklawgroup.com
608-403-3252