

March 5, 2026

United States Magistrate Judged Anita M. Boor
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703
Phone:  608-264-5156
Fax:  608-264-5925

Re: USA V. D. Purnell 25-cr-63-wmc

Your Honor,

This letter is in response to the Court's Order of March 3, 2026(Dkt. 300).  I have reviewed Docket 300 and submit the following response:

- I am in agreement with the Court that one jury trial for all defendants would be difficult to manage.  My primary concern is Mr. D. Purnell receiving a fair trial and that begins with him being visible to the jury and not dismissed to a forgotten corner of the courtroom which is struggling to accommodate everyone.  I am requesting a severance of defendants.
- On December 19, 2024, Mr. Purnell was sentenced to 2 years of custody in the WI DOC on 23CF2803 after his probation was revoked.  At his original sentencing on March 6, 2024, he only had 2 days credit.
- On December 19, 2025, Mr. Purnell was detained on this case.
- I conferred with AUSA Anderson on settlement, but no formal offer has been tendered.
- On February 25, 2026, I received funding authorization from the Court to assist with mitigation.  This mitigation has not been completed for presentation to AUSA Anderson.
- I will not be available for the April 13, 2026 trial date for reasons that are entirely my fault.  I double set this case with a state homicide jury trial(Parks 23CF1848).  Mr. Parks has been

in custody since November 16, 2023. Mr. Parks' jury trial has been rescheduled numerous times due to voluminous discovery, trailing behind the co-defendant's jury trial(which was tried twice), and more recently upon defense request due to appointment in the EDWI on USA v. McCaa 23-cr-8, where I was appointed on a federal homicide case. In McCaa, shortly after being appointed I, along with my partner Murali Jasti, was informed that the DOJ was reviewing the McCaa case for death penalty eligibility. Mr. Jasti and I, along with learned counsel, had months to make our presentation to the DOJ. This forced me to yet again continue Mr. Parks' jury trial. We finally have a jury trial date set for April 13, 2026 where everyone will be ready. This trial includes many civilian witnesses, law enforcement officers, experts, in custody witnesses, and is scheduled to last 5 days beginning April 13, 2026. I apologize to this Court for this overlap in scheduling. It was a failed calculated risk based on a number of clients demanding jury trials at similar times and trying to anticipate which cases that are scheduled for trial will actually go to trial. If this Court requests, I will file a formal motion to sever and continue Mr. D. Purnell's jury trial. Again, I apologize.

- Last, as I have not yet received a formal offer or provided all the mitigation to ASUA Anderson, there remains a possibility that Mr. D. Purnell's case will settle.
- I am requesting that this Court sever defendants and continue Mr. D. Purnell's jury trial beyond the April 13, 2026 trial date.

Sincerely,

*Zaki Zehawi*

Attorney Zaki Zehawi

**Jasti, Zehawi & Johnson, LLC**
122 W Washington Ave STE 600•Madison, WI 53703
jzjlawyers.com •(608) 572-7052