

33 EAST MAIN STREET, SUITE 610
P.O. BOX 2236
MADISON, WI 53701-2236

tel (608) 257-2281   fax (608)257-7643

www.stroudlaw.com

sschmeiser@stroudlaw.com

March 5, 2026

<u>VIA EFILING ONLY</u>
Hon. Anita M. Boor
U.S. Magistrate Judge
120 N Henry Street
Madison, WI 53703

    RE:   Case No. 3:25-cr-00063wmc, Deft. No. 14 Waylon R. Degenhardt

Dear Judge Boor:

I agree with the scheduling as proposed by the Court's Order, Docket #300. Specifically, I have been involved in a jury trial in the Western District of Wisconsin with four in-custody co-defendants proceeding to trial at the same time, and I do not believe more than that is reasonable in the space available in the courtrooms. Even with four co-defendants, it seemed to strain the ability of the jury to see and track everything that was happening.

I continue to believe it is more likely than not that Mr. Degenhardt will resolve this matter short of trial. If trial is needed, we can be prepared by the April dates.

Thank you for your time and attention to this matter.

Very truly yours,

STROUD, WILLINK & HOWARD, LLC

By:    Sarah M. Schmeiser
SMS/ns