

**Erika L. Bierma**
ebierma@axley.com
608.283.6787

March 5, 2026

Honorable Anita Marie Boor
Magistrate Judge, United States District Court
For the Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Alisha Lavine*
              Case No. 25 CR 63 wmc

Dear Magistrate Boor:

In response to the Court's order (Dkt. 300), I have no objection to Ms. Lavine's trial being rescheduled to a later date. We will await the Court's decision on how the trials are configured.

Thank you.

Sincerely,

Axley LLP

Erika L. Bierma
ELB:pjm
cc:    AUSA Steven Anderson
        Ms. Alisha Lavine