JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Madison
County/Parrish: Dane

Related Cases:
US v. Noah A. Hodges (25-cr-87-wmc);
US v. Andre B. Morriss (25-cr-106-wmc); and
US v. Brittany B. Bobzien & Taylor A. Kilbey (25-cr-135-wmc)

**Related Case Information:**

Superseding 25-cr-63-wmc Docket Number _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number 24-mj-69
Search Warrant Case Number _____
R20 / R40 from the District of _____

**Defendant information:**

Matter to be Sealed    Yes ___    ✓ No

Def. Name: James L. Dubois
Alias Name: _____
City/State: Madison, WI
Year of Birth: 1994        Last 4 digits of SSN: 6770
Sex: Male                  Race: White

**U.S. Attorney Information:**

AUSA: STEVEN P. ANDERSON        Bar #: _____
Interpreter: ✓ No    ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
___ Already in Federal Custody as of: _____ in Dane County Jail
✓ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1    ☐ Petty    ☐ Misdemeanor    ✓ Felony
                                    ☐ Class A
                                    ☐ Class B
                                    ☐ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to Distribute Methamphetamine & 40 Grams or More Fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: March 11, 2026        Signature of AUSA /s/ STEVEN P. ANDERSON