# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 03/11/2026     DAY: Wednesday     START TIME: 1:47 PM     END TIME: 3:21 PM

JUDGE/MAG.: wmc     CLERK: acd     REPORTER: jld

PROBATION OFFICER: _____     INTERPRETER: _____     SWORN: YES ☐  NO ☐

CASE NUMBER: 25-cr-63     CASE NAME: USA v. James Dubois

**APPEARANCES:**

ASST. U.S. ATTY.: Steven Anderson     DEFENDANT ATTY.: William R. Jones

_____     _____

DEFENDANT PRESENT: YES ☒   NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1 ; 40 YR(S) IMPRISONMENT; $ 5,000,000 FINE;

Life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 31     ☐ INDICTMENT/INFORMATION READ     ☒ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY          ☒ DEFENDANT SWORN

☐ NOT GUILTY      ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST      ☒ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____     TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____     MOTIONS DUE: _____

FPTC: _____     FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 04/20/2026     OBJECTIONS DUE: 05/04/2026

SENTENCING : 05/28/2026     at 2:00 PM

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

Break: 1:58-3:02 PM

TOTAL COURT TIME: 30"