# Pruhs & Donovan, S.C.

Martin J. Pruhs
Christopher D. Donovan

757 North Broadway – 4th Floor
Milwaukee, Wisconsin 53202
Tel:  (414) 221-1950
Fax: (414) 221-1959

17 March 2026

The Honorable Anita Marie Boor
United States Magistrate Judge
United States Courthouse – Western District of Wisconsin
Madison, Wisconsin

>       Re:     United States v. Kyle Haag, et. al.
>               Western District of Wisconsin Case No. 25-CR-63

Dear Judge Boor,

I am writing in response to the Court's Order of March 12th, 2026 (Docket #339) setting a telephonic scheduling conference for March 20th, 2026 at 11:00 a.m.

Prior to the Court entering that scheduling order, I had scheduled a vacation and will be in a remote area of South America (Patagonia) without access to cell service.

As such, I am requesting permission for my law partner, Christopher Donovan, to appear on my behalf in the telephone scheduling conference.  He would have access to my calendar and be able to make any necessary scheduling decisions for me. I've discussed this situation with my client, Mr. Haag, and he has agreed to waive his appearance for the hearing.

Thank you for considering this request.

Sincerely,

*s/ Martin J Pruhs*
Martin J. Pruhs