

**601 Sawyer Terrace #5041**
**Madison, Wisconsin 53705**

March 19, 2026

The Hon. Anita M. Boor
United States Magistrate Judge
U.S. District Court
120 N. Henry Street
Madison, WI 53703

Re:     *United States v. William Marshall,*  25-CR-63-wmc

Dear Judge Boor,

Pursuant to the Court's order (DE 317), Mr. Marshall's reply brief, if any, was due yesterday, March 18, 2026.  The defense elected not to file a reply. Therefore, it believes the motion (DE 259) is ripe for the Court's resolution.

Sincerely,

/s/ *Peter R. Moyers*

---

**moyerslawfirm.com  |  (608) 286-8399  |  info@moyerslawfirm.com**