IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

KYLE W. HAAG, ANTHONY E. HOHENSTEIN,
WAYLON R. DEGENHARDT, and ALISHA R.
LAVINE,

                   Defendants.

SCHEDULING ORDER

25-cr-63-wmc

This court has severed the remaining defendants into two trials. Dkt. 339. The first trial includes defendants Kyle W. Haag, Anthony E. Hohenstein, Waylon R. Degenhardt, and Alisha R. Lavine. The second trial includes defendants Yasir W. Stackhouse, Shavarim J. Wicks, Dajuea M. Purnell, William R. Marshall, and Treagir J. Sander.

At the March 20, 2026 scheduling conference, this court re-set the remaining case schedule for the first group of defendants as follows:

1) Deadlines to disclose expert witnesses:

        Government: May 14, 2026

        Defendants: June 4, 2026

2) Submissions for the final pretrial conference, namely proposed voir dire questions, jury instructions and motions in limine must be filed and served not later than June 25, 2026.

3) The telephonic final pretrial conference shall be June 30, 2026 at 10:00 a.m. Defendants may waive their presence at the final pretrial conference.

4) The final hearing before the trial judge shall be July 7, 2026 at 2:30 p.m.  Defendants and trial counsel must attend this hearing.

5) Jury selection and trial shall begin July 20, 2026 at 9:00 a.m.  The predicted length is five days.  The parties are jointly responsible for alerting the clerk of court forthwith if a jury need not be called.

Entered March 20, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge