IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

YASIR W. STACKHOUSE, SHAVARIM J. WICKS,
DAJUEA M. PURNELL, WILLIAM R. MARSHALL,
and TREAGIR J. SANDER,

        Defendants.

SCHEDULING ORDER

25-cr-63-wmc

---

This court has severed the remaining defendants into two trials. Dkt. 339. The first trial includes defendants Kyle W. Haag, Anthony E. Hohenstein, Waylon R. Degenhardt, and Alisha R. Lavine. The second trial includes defendants Yasir W. Stackhouse, Shavarim J. Wicks, Dajuea M. Purnell, William R. Marshall, and Treagir J. Sander.

At the March 20, 2026 scheduling conference, this court re-set the remaining case schedule for the second group of defendants as follows:

1) Deadlines to disclose expert witnesses:

      Government: August 20, 2026

      Defendants: September 10, 2026

2) Submissions for the final pretrial conference, namely proposed voir dire questions, jury instructions and motions in limine must be filed and served not later than October 1, 2026.

3) The telephonic final pretrial conference shall be October 6, 2026 at 9:30 a.m. Defendants may waive their presence at the final pretrial conference.

4) The final hearing before the trial judge shall be October 13, 2026 at 2:30 p.m. Defendants and trial counsel must attend this hearing.

5) Jury selection and trial shall begin October 19, 2026 at 9:00 a.m.  The predicted length is five to seven  days.  The parties are jointly responsible for alerting the clerk of court forthwith if a jury need not be called.


Entered March 20, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge