# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 3/24/2026    DAY: Wednesday    START TIME: 1:43 pm    END TIME: 2:06 pm

JUDGE/MAG.: W. Conley    CLERK: VOU    REPORTER: JD

PROBATION OFFICER: _____    INTERPRETER: _____    SWORN: YES ☐ NO ☐

CASE NUMBER: 25-cr-63-wmc-5    CASE NAME: USA v. Keean Moore

**APPEARANCES:**

ASST. U.S. ATTY.: Elizabeth Altman    DEFENDANT ATTY.: Antonette Hue Laitsch

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 16 ; 5-40 YR(S) IMPRISONMENT; $ 5,000,000.00 FINE;

4-life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 25    ☐ INDICTMENT/INFORMATION READ    ☒ DEFENDANT WAIVES READING

**PLEA:**

- ☒ GUILTY          ☒ DEFENDANT SWORN
- ☐ NOT GUILTY      ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ NO CONTEST      ☒ DEFT. ADJUDGED GUILTY BY COURT
- ☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____    TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____    MOTIONS DUE: _____

FPTC: _____    FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 5/12/2026    OBJECTIONS DUE: 5/26/2026

SENTENCING: 6/16/2026    at 1:00 pm

**RELEASE/DETENTION:**

- ☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

_____

_____

_____

TOTAL COURT TIME: 0.23"