IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                    Plaintiff,

                                        MOTION FOR RELEASE PENDING
                                        SENTENCE

          vs.
                                        Case No. 25-CR-63-wmc

SHAVARIM J. WICKS,
                    Defendant.

---

The defendant, Shavarim J. Wicks, by his attorney Robert T. Ruth, hereby moves the court to grant release of the defendant on the current release plan pending sentencing in this case.

1.      Wicks is scheduled to plead guilty on April 8, 2025, to a violation of Title 21, U.S.C. § 846.  The offense carries a ten-year mandatory minimum, but the parties expect that Wicks will be eligible for the safety valve.

2.      Wicks has been released on conditions in this case since July 14, 2025, without incident.

3.      The offense is found in Title 18, U.S.C. § 3142(f)(1).  Title 18, U.S.C. § 3143 requires detention, unless the court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of anyone in the community.  Title 18, U.S.C. § 3145(c) also provides that release pending sentence is only possible where it is "clearly shown that there are exceptional reasons why such a person's detention would not be appropriate."

4.    Wick's performance on bond these past nine months shows that he is not a flight risk, nor a danger to the public.

5.    Wicks works 40-50 hours per week as a forklift driver at Global Material Technologies in Chicago.  As the only forklift driver during his shift, Wicks is an essential and valued employee.  Wicks's employer needs time to find a replacement for Wicks.  Also, Wicks's seventeen-year-old daughter lives with him halftime.  Wicks and his daughter are close, and she very much depends on him emotionally.   Wicks's childcare and work responsibilities establish an exceptional reason for why detention at this stage would not be appropriate.

Dated at Madison, Wisconsin this 8th day of April 2025.

Respectfully submitted,

Robert T. Ruth Law Offices, S.C.

By:

s/ Robert T. Ruth
Robert T. Ruth

Robert T. Ruth Law Offices, S.C.
7 N. Pinckney Street, #240
Madison, WI  53703
608)257-2540

*Certificate of Service*

I hereby certify that I served a true copy of this document on the government via the ECF system.

/s Robert T. Ruth
Robert T. Ruth