# JEFF W. NICHOLS

NICHOLS LAW OFFICE
P.O. BOX 8857 • MADISON, WISCONSIN • 53708
PHONE: (608) 249-8020 • EMAIL: jeff@nichlaw.com
WEB: nichlaw.com

Honorable William Conley                                          April 23, 2026
U.S. District Judge
1201 North Henry Street
Madison, WI 53703

Re:     United States v. Travis Corrado
        Case No. 25 CR 63

Dear Judge Conley:

I am writing to you because I spoke to my client yesterday and have concerns about the accuracy of the information you were provided by the Marshal's service.

Although the preoperative testing has been approved, he was informed that the surgery was again denied. Rather than wait till the testing has been completed to see what the Marshall's service decision is, I think we have the answer.

His teeth are still broken and in need of extraction. The treatment plan is not working, as he is still in a lot of pain. He still needs to be seen by a dentist.

I request that you lift the stay and reopen the motion.

Thank you for your attention to this matter.

Sincerely,

*Jeff W. Nichols*

Jeff W. Nichols
Attorney at Law