UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        Case Number 25-CR-63-wmc

JAMAR M. PURNELL,

        Defendant.

---

## MOTION TO SEAL
## DEFENDANT'S SENTENCING MEMORANDUM

---

The defendant, Jamar M. Purnell, by his attorney, Kathleen M. Quinn, hereby moves the Court for an order allowed the filing under seal of defendant's sentencing memorandum. The motion contains sensitive health information.

Dated at Milwaukee, Wisconsin, this 18th day of May, 2026.

Respectfully submitted:

**Kathleen M. Quinn**
Attorney Kathleen M. Quinn, LLC
324 E. Wisconsin Avenue, Suite 1410
Milwaukee, WI 53202
414-254-6266 Fax: 414-272-1435
quinnkathleen@4law.com