# *Attorney Kathleen M. Quinn, LLC*

_____

*324 E. Wisconsin Avenue, Suite 1410, Milwaukee, WI 53202*
*414.254.6266 Fax: 414.272.1435*
*E-mail: quinnkathleen@4law.com*

May 19, 2026

The Honorable William M. Conley
United States District Court for the
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

Re:     United States v. Jamar M. Purnell
        Case Number 25-CR-63-001

Dear Judge Conley,

Please find attached letters of support for your consideration before Mr. Purnell's sentencing. The letters are from:

| | |
|---|---|
| Michael Buchanan | Cousin |
| Keisha Cole | 4 year-old son's and 1 year-old daughter's mother |
| Vanesta Kirk | Family friend |
| Roslyn McRay Lester | Family friend |
| Raeanne Olle | 21 year-old son's mother |
| Melonie Purnell | Mother |
| Sa'mya Rolack | Daughter |
| Belinda Wicks | Cousin and Godmother. |

Thank you.

Sincerely,

*/ s / Kathleen M. Quinn*
Kathleen M. Quinn

1