Dear Honorable Judge William Conley,

My name is Micheal Buchanan, and I am writing to provide a character reference for my cousin, Jamar, whom I have known for 40 years. Throughout our lives, I have had numerous opportunities to observe his character and his conduct in various personal and professional settings.

Jamar has consistently proven himself to be a thoughtful, reliable, and compassionate individual. I personally experienced his selflessness when my family was relocating from Georgia to California. Our home was not in a condition to be sold, and without hesitation, Jamar stepped in to help clean and prepare the property for showings, which directly led to a successful sale a few months later. Furthermore, when I accepted a promotion in Chicago and needed a stable environment for my wife and four-year-old son during the transition, Jamar opened his home to us. His support was instrumental in helping us get on our feet as we moved to the Midwest.

Beyond his willingness to help others, Jamar possesses a remarkable work ethic and resilience. I recall a period in Georgia when he worked two jobs simultaneously to save enough for a down payment on a home for his spouse and children. His determination to reunite and provide for his family, while maintaining a positive attitude despite significant challenges, speaks volumes about his values and strength of character.

Jamar has had a profound impact on our family and his community, serving as a reliable source of sound advice and support for many. I hope this letter provides a fuller picture of the dedicated family man and dependable person Jamar is.

Thank you for your time and for considering my perspective.

Respectfully,

Micheal Buchanan

Dear Honorable William Conley,

I am writing to provide a formal character reference for Jamar Purnell, whom I have known since September 2018. Over the years, I have come to know him as a person of great wisdom, intellect, and strong moral character.

Jamar is a diligent and versatile individual with a wide range of skills, including automotive work, carpentry, and music management. Beyond his professional capabilities, his commitment to service is evident in his regular efforts to provide food and clothing to those experiencing homelessness. He is a man of integrity who remains steadfast in his beliefs and maintains a composed demeanor even in challenging situations.

Within our family, Jamar is our foundation. As the father of our two children, he provides a vital sense of security and peace. His ability to lead and resolve conflict is profound, and he consistently offers wisdom and encouragement to those around him.

On a personal level, Jamar has been instrumental in my own growth. He encouraged me to take greater initiative in my life, which led me to earn my associate degree, improve my financial standing, and secure a position in the medical field. He has helped me shift my mindset toward long-term goals and personal accountability.

Jamar speaks often of the positive influence of his grandmother, who taught him the importance of family and the art of cooking—skills he has passed down to me and that we are now teaching to our children.

I believe Jamar's presence is essential to our family's well-being. He is a wonderful father whose mental and emotional support is indispensable. I am deeply grateful for the life and family we have built together, and I respectfully ask for your favorable consideration.

Thank you for your time and for considering this testament to Jamar's character.

Sincerely,

Keisha Cole

May 9, 2026

Venesta Kirk

PO Box 98

132 Shenango Boulevard

Farrell, PA 16121

TO: The Honorable William Conley

Dear Judge Conley,

I respectfully submit this letter on behalf of Jamar Purnell. My name is Venesta Kirk, I am a 69-year-old mother of 3 daughters as well as a retired employee of GE (General Electric), AT&T/Lucent Technologies and IBM. I've been a close friend of Jamar's mother, Melonie Purnell, and family for over 40 years.

Melonie organized yearly outings to an amusement park for Mothers and their children, as well as holiday gatherings. Jamar followed in his mother's footsteps, planning family trips to ski resorts, exposing the children to new experiences and organizing a Mother's Day Dinner that welcomed all the mothers in his family, including aunts, cousins and close family friends. I'd be remiss, if I didn't mention; He's a good Father, very attentive, engaged, and hands-on.

Additionally, Jamar has managed renovation projects and done an excellent job of choosing properties with potential. What others might see as a teardown, he has transformed into something special. He oversees the day-to-day of the project, advising his mother as needed and selecting the décor, appliances etc., he has excellent taste. His choice of flooring, furnishings and coordination with various aesthetics is truly inspiring.

Jamar is a very kind man, who takes the needs of others into consideration and helps, whenever he can. My grandson has special needs, and Jamar suggested that I move back to the area, fence in a property, get a couple of dogs and let my grandson thrive. I appreciated his input; it was during a time when we (my daughter and myself) were weighing options for his care.

In closing I'd like to thank you for the opportunity to speak on Jamar's behalf. We all have our personal struggles, with family, work, caregiving, life in general is hard at times. It seems young men and boys face life lessons I can't speak to, but I assume there are difficulties, that challenge their boyhood/manhood in some way, and in trying to prove their strengths, they experience moments of weakness that skew judgment.

I wish Jamar all the best, he is a viable member of the community. I look forward to his future accomplishments.

Sincerely,

Venesta Kirk

To The Honorable William Conley

I Rosalyn McRay Lester have been friends with Jamar Purnell family over fifty some plus years. Our families were neighbors. Jamar is more like a nephew to me than family friend. He calls me Punkin.

I can remember Jamar as a young child loving to come over the house to play videos games with my children. He was always respectful and well manner child growing up.

On several occasions when families gathering me and Jamar sometimes get into long conversations. He would let you speak first than voice his opinion later. He always have a willing and helping hand especially for the seniors like me.

I have watch Jamar grow from that little child to a young man and now into adulthood. He is still that respectful and well manner person on today. He is a great son and great father to his children. Jamar loves his family and love people. I pray this letter helps you to know more about Jamar Purnell.

Thank you. Rosalyn McRay Lester

(This is a typed version of the hand-written letter penned by Ms. McRay Lester)

To The Honorable William Conley

I Rosalyn McArthur Lesier have been friends with Jamar Purnell family over fifty some plus years but families were neighbors. Jamar is more like a nephew to me than family friend he calls me Punkin

I can remember Jamar as a young child loving to come over the house to play videos games with my children. He was always respectful and well manner child Growing up.

On several occasions when families gathering me and Jamar sometimes get into long conversations He would let you speak first than voice his opinion later. He always have a willing and helping hand especially for the seniors like me.

I have watch Jamar grow from that little child to a young man and now into adulthood. He is still that respectful and well manner person on today. He is a great son and great father to his children. Jamar loves his family and love people. I pray this letter helps you to know more about Jamar Purnell

Thank you Rosalyn McArthur Lesier

**Kathleen Quinn**

**From:** Raeanne Olle <lilj1396@yahoo.com>
**Sent:** Monday, March 30, 2026 9:25 AM
**To:** Kathleen Quinn
**Subject:** Re: Guidance for writing a letter to judge who will sentence Jamar Purnell

My name is Raeanne, and I have known Jamar for 33 years. Our relationship began as a friendship and eventually grew into a partnership. Together, we have a son who is now 21 years old, and Jamar has also played a significant role in helping me raise my two other children.

Throughout the years, Jamar has been a constant source of support—not only as a partner, but also as a friend and a devoted parent. He is dependable, compassionate, and genuinely caring. No matter the situation, he has always been someone I can turn to at any time—whether I need to vent, share a laugh, or simply have someone listen.

Jamar's presence in my life has been steady and meaningful, and his character reflects kindness, sensitivity, and unwavering support.

Sent from my iPhone

Dear Judge Conley,

Jamar is my only child and I think he is great. He is an exceptional human being. He cares and feels deeply for people and will try to help whenever possible. Jamar is a very good person. This is who he is to his core. He is one of those people who if he has $5 in his pocket and passes a needy person asking for money, he will give it to them. He's like that.

Jamar was a typical little boy who got into stuff. He's still in touch with many of his childhood friends today. He stays in touch and reaches out to family and friends. He attended preschool due to me having to work. He was absolutely an accidents prone child (broken bones, cuts, stitches, burns). Jamar's grandmother was a very HUGE influence in his life. My mother was a very kind person. We lived with my mother throughout most of his young life. They had a very special bond. He struggled greatly when she died. He did pretty well in school. He is smart and very gifted with his hand. He has rehabbed several houses for me throughout Chicago, IL. and Harvey, IL. And was in the process of rehabbing my current property when he was picked up.

We had good times traveling with family and friends on outings, amusement parks, and to family reunions. We even formed a mothers and children club, where we put in monthly dues for the purpose (gas, lodging, food) of traveling. Still today, Jamar loves traveling and spending time together with people. And has arranged or helped arrange numerous family and community gatherings and outings. He has continued to do this with his children. Jamar wants to make sure that our family knows each other and stay close and connected.

Jamar has a great relationship with his children. He even keeps tab on his eldest daughter, even though they're not as close. His children know that he loves them. He's said that he physically aches about how much he misses his two youngest (Z███ 1yr and C███ 4 yrs old). C███ is definitely struggling. He doesn't understand not being able to be with his dad. Not being able to see or talk to him whenever he needs or want too. C███ was always with Jamar. C███ was Jamar's shadow. C███ doesn't understand what happen. Why he can't physically touch or see his dad (only video call). He has and always be the best dad that he can.

Jamar did not know his father as a kid. He was not involved in Jamar's life in any way. This was a choice I made early on due to an unfortunate incident between us. I never told Jamar about the incident. I never said anything negative to him about his father. I just didn't mention him at all.

So, when Jamar was having surgery to remove a kidney and told me that his father was coming to the hospital. I asked, What for? His response was because he is my father. He had never been around for anything before. And, I simply do NOT like his father and did not want to be around him.

Jamar started asking questions about his father in his teens. I reached out to his father's mother for her to put me in touch with his father. He began to spend time and developed relationship with them. Unfortunately, he was exposed things and things became normalized that were not good.

I feel that when his father's people came into his life it was something that he was lonely for. Especially brothers. I believe he was extremely happy to find out about his brothers and sisters. I think the connection with male family was a need in him due to his being raised by a family of mostly single females. His father family provided him with lots of uncles. I think that was a natural bond that he wanted to be a part of, and it made is harder for him to resist what was going. Because he has a strong sense of family ties; which I feel made it difficult to resist the bad things going on within his father's side of his family. We are a close family on my side, and we huddled together. That's what he was taught. My fault. Regretfully involvement with his father and his family has certainly done him very wrong.

He's accepted things for what they were and how they came about. Jamar and I have discussed that it could and would probably be a long sentence because of his past and what he being charged with. But the fact of a sentence of at least 17 years. Truly unbearable. I'm struggling with the realization of being 68 yrs. old and the possibility of never seeing my only son a free man again.

I love my son very much. And knows that he loves me too.

I don't know what else I can say, except I hope and pray he does not get one day longer.

Respectfully,

Melonie Purnell

**Kathleen Quinn**

| | |
|---|---|
| **From:** | Sa'mya Rolack <rolack@icloud.com> |
| **Sent:** | Saturday, March 28, 2026 9:39 AM |
| **To:** | Kathleen Quinn |
| **Subject:** | Re: Guidance for writing letter to judge who will sentence Jamar Purnell |

I've known my dad my whole life, and he has been there for me every single step of the way. I truly couldn't ask for a better father. Ever since I was young, my dad has taught me so many important lessons about life. One thing he always made me understand is that nothing fails you but a try. That mindset has stayed with me, and I think about it every day—especially when I face challenges. In those moments, I hear his voice in my head, reminding me to keep going and to always give my best instead of giving up. Because of him, I've grown into a much more mature person, and I owe so much of who I am to him.

There are so many things I could say about my dad, but one of the things that stands out the most is his cooking. His food isn't just good—it's something I grew up loving and looking forward to. When I was younger, I used to get excited just waking up, wondering what he made for breakfast. It was always something different, but one thing never changed—he always had that Alaga syrup. I didn't like it at first, but over time, I grew to love it. Now it's something that reminds me of him and those moments we shared.

My dad is also a big goofball, and that's one of my favorite things about him. No matter what, he always finds a way to make people laugh. He's corny in the best way, and you can't help but smile when you're around him. He also had a passion for photography for a while, and he captured so many memories—some beautiful, some hilarious, like catching me and my siblings asleep at the worst possible moments. Those pictures mean even more to me now.

At the end of the day, my dad is an amazing person, and I think about him all the time. I check on him whenever I can, especially now that I've had my first child. Becoming a parent has made me appreciate him even more. My son is only two months old, but it's so important to me that he grows up knowing his grandpa. I want him to experience the same love, guidance, and joy that I was lucky enough to have.

Sent from my iPhone

## Kathleen Quinn

| | |
|---|---|
| **From:** | Belinda Wicks <bwicks5216@gmail.com> |
| **Sent:** | Saturday, March 28, 2026 2:03 PM |
| **To:** | Kathleen Quinn |
| **Subject:** | Jamar Purnell |

I am the cousin/godmother to Jamar Purnell. I have known him all of his life,as a matter of fact when he was younger we lived one house apart and he went to grammar school with my children. Jamar is a humble, reliable, caring, thoughtful, kind and family oriented fun loving person. He is an excellent father he loves his children very much and spends a great amount of time with them. Being a cousin he has organized trips for the family for example ski trips, bbq's, and hang out times always making plans for the next outing. He attends graduations for example from college, and most recent a celebration from one of our cousins, getting a masters degree. He also attends football games for a young cousin, who will be playing football professionally someday. He makes sure his cousins are all OK he tells the younger ones about life and reminisces with the older one about the pass. In the summer if he goes to a restaurant a different one he will automatically bring me something to try. He likes to cook and try new recipes he makes the best banana pudding and all the family waits for him to bring it into the house so each one can say they get the first scoop.Being a only child his family is his all in all.He is a devout Muslim and takes it very seriously, he takes his prayer cloth with him wherever he goes to pray at certain time ,I have witnessed this myself. Please take into consideration the importance of him to our family.
Thank You
Sincerely Belinda Wicks

Sent from my iPad

1