To Whom It May Concern,

I am writing to share a little about Keean's character. As a child, Keean has always been a respectful young man. I have never known him to get into trouble or cause problems.
As an adult, I have known him to be a hardworking and responsible man. He moved from Chicago to Wisconsin in order to better provide for his family and to pursue greater opportunities.
Keean has always shown dedication to his responsibilities and care for the people around him.
Like any human being, Keean made a bad decision. However, I truly believe that one mistake should not define a person's entire character. He is someone who deserves the opportunity to learn from this experience and be given a second chance.
Best regards,
Diane Gartley

**Glenn Rogers**
Spot Bistro
Chicago, Illinois
773-531-7808

May 12, 2026

**To Whom It May Concern,**

I am writing this letter in support of my childhood friend, Keean Moore. I have known Keean for many years, and throughout our friendship he has always been a supportive, respectful, and hardworking person.

Growing up together, I witnessed firsthand the kind of character Keean carries. He has always been dependable, willing to help others, and committed to doing what is right. Even during difficult times, he remained loyal to his friends and family and continued to work hard to better himself.

As we got older, life took us in different directions and we eventually separated for some time. However, when I opened my restaurant, Spot Bistro, I reached back out to Keean and gave him an opportunity to work with me again. Since returning, he has shown dedication, professionalism, and a strong work ethic. He has been dependable and willing to help wherever needed, and I have been proud to have him working alongside me.

I truly believe Keean Moore is a good person with a good heart who deserves support and opportunities to continue moving forward in life. I confidently recommend him and stand behind his character.

If you have any questions, please feel free to contact me.

Sincerely,

Glenn Rogers
773-531-7808

To the Judge, the Court, and Whom It May Concern,

I have been asked to speak on behalf of Keean Moore. Keean is someone I have come to know as a coworker, mentee, and close friend. I first met Keean in August of 2021 when I began my role as Executive Chef at the Overture Center for the Arts in Madison, Wisconsin. This was my first Executive Chef position and my first time working in that kitchen.

I distinctly remember being immediately welcomed with a smile and a positive attitude—something that stood out to me right away, and it came from Keean. That moment brought a sense of relief, as it is not often, as an African American, that you encounter others in this industry who share that background. After speaking with him further, I was equally impressed by the depth of his culinary knowledge, which is also rare. From the beginning, there was a shared enthusiasm between us to work and grow together.

Throughout my time working with Keean—before, during, and after COVID—I have not encountered another individual with his level of professionalism and dedication. He consistently sought to learn beyond his role, asking questions and taking initiative to prepare himself for advancement in the culinary field. Because of this, when my sous chef left abruptly, I was able to rely on Keean to step up and assist in a significant way.

Keean's dedication extends far beyond the kitchen. He has made a conscious effort to be a present and active father in his children's lives. He maintained regular contact with them, prioritized their well-being, and worked hard to create a stable environment where he could spend meaningful time with his daughter, including overnight visits. He also supported his sons by helping them secure employment—one of whom successfully obtained a position with us at the Overture Center—providing housing when needed, and assisting with childcare for his grandchild.

During our time working together, Keean was also committed to personal growth. He participated in a self-help program, contributed to efforts to feed the homeless during COVID, made the decision to stop drinking, and took steps to improve his overall health.

While I am not fully aware of the details surrounding his legal situation, I can confidently say that his focus in recent years has been on building a better future. He has expressed to me that after his prior incarceration, he made a deliberate decision to dedicate his life to avoiding the path that led him there and to not become a stereotype. I believe him fully.

When I look at Keean, I see a man who, if given more positive opportunities earlier in life, would be in a position similar to mine today—providing for his family and pursuing his passion for cooking with purpose and dedication.

I respectfully ask that you take into consideration the growth, character, and effort Keean has demonstrated. He is someone who has been actively working to better himself and those around him, and I believe he is deserving of the opportunity to continue on that path.

Sincerely,


Keith Green

Good morning your honor,

My name is Lawrence Moore the oldest brother of Keean Moore and I'm  speaking on the behalf of Keean who is the 4th brother out of five. A good dad very loving son and brother to me. Raised in a single family home, mom managed and took good care of us while being single and working 2 jobs. We grew up in the Ida B. Wells projects with no father in the home. Keean has been doing very good your honor working to master his craft at cooking. and taking care of his  kids that adore him.  The youngest being 6 and Autistic. Judge I'm just asking that you be lenient on Keean who's really been trying hard but we all make mistakes in life and do things that are not becoming of us and this is that mistake/wrong choice for Keenan. I'm sure he is learning a big lesson from this because this is not his lifestyle and very unbecoming of him. His babies miss him dearly and need him in their everyday life like they are used to him being there for them. Please give him a chance to get this right.


From Lawrence Moore, and Thank you

To Whom It May Concern,

I have known Keean Moore since he was young. As one of his elders, I had the opportunity to watch him grow up and see the kind of character he carried with him from an early age. He was always a respectful and responsible young man who generally stayed out of trouble and tried to do the right thing.

Over the years, I have seen him grow into a family man who takes his responsibilities seriously. Providing for and supporting his family has always been important to him. Like many people, he may have faced challenges or difficult circumstances, but I believe his character and the way he was raised speak strongly to the type of person he truly is.

I sincerely hope that his efforts to move forward and continue being there for his family are taken into consideration.

Respectfully,
  Dorothy Gartley

Dear Judge

I am writing to you today to express my support for Keean Moore. Seeing Keean and my son growing up in the Ida B. Wells community, I have known him and his family for over 40 years. Our sons grew up playing together, and I have always known him to be an active and dedicated young man.

While I do not condone the choices he made that led to his current situation, I know the character of the man his mother raised. Keean is a good person who felt pressured by the weight of providing for his family his children during a time when he saw no other options. He understands that his choices were wrong and accepts responsibility for them, but his primary motivation was always the well-being of his loved ones.

I am writing to ask that you look at the person I have known for four decades—a man raised with strong values who made a mistake while trying to support his family. I ask for your mercy and compassion as you make your judgment and final decision regarding his future.

Thank you for your time and for considering my perspective on Keean's character.

Sincerely,

Linda Larry

03/24/26

To who it may concern,

I'm Rita Johnson, Mr Moore Senior is my granddaughters father. I have know him for over 12 years. He is  a wonderful father, who spent quality time, with his children raising both his daughters. As well a daughter who has special needs. He has shown them kindness, love and support all of their lives. He put off working for many years, so he could have hands on care with his kids. Especially his disabled daughter, who is non verbal. It takes a special human being who sacrifices time and money to make ends meet. Mr. Moore went without 95% of the time. I know it is killing him not to be in his girls lives.

I'm also aware of self improvement class he has taken with Landmark to better himself and his kids lives. He also took on cooking and trying to create a business in something he loves. He worked for the community at Light house cooking for the homeless.

Mr. Keean Moore Senior is one of the finest human beings you would ever want to meet. He is hard working, loving, kind, respectful, responsible, and human. We all make poor choices at times when we feel we have no other means. Please give him leniency, for two girls who love and need their father.


Thank you,


Sincerely,

Rita M. Johnson
CEO/Founder
RMS Global Care
RMSglobalcare.org