To Whom it May Concern:

I, Edna Moore, am writing this letter on behalf of Keean Moore, my son. Keean, like any other human, has made bad decisions. Keean is not who they say he is. He was brought up in Church along with his other four brothers. Keean sang in the young children's choir, went to Sunday school and bible study. He worked summer jobs when school was out. In 2001 Keean and his two sons mother moved to Madison, WI for a better life. He didn't want to live in Chicago anymore. There, he found work and supported his family. He took care of his sons when their mother passed away. He even had a job just before this case. Keean also has two daughters that he loves dearly and he supports them as well.

From Keean's mother, Edna Moore.