

## U.S. Department of Justice

**United States Attorney's Office**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

May 21, 2026

District Court Judge William M. Conley
United States Courthouse
120 North Henry Street
Madison, WI 53703

   Re: *United States of America v. Jamar M. Purnell*
      Case No: 25-cr-63-wmc

Dear Judge Conley:

   The government has just filed a revised sentencing memorandum in the above case before this afternoon's sentencing hearing. The sole change to the document was the removal of five words – "a very serious shooting case" – in the final sentence of the paragraph on page 5 that continues from page 4. I apologize for this typographical error. I am not aware of the defendant having any cases involving a shooting.

   If you have any questions or concerns, please do not hesitate to contact me.

        Very truly yours,

        CHADWICK M. ELGERSMA
        United States Attorney

        By: /s/
        STEVEN P. ANDERSON
        Assistant United States Attorney