# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 5/21/2026    DAY: Thursday    START TIME: 2:14 p.m.    END TIME: 2:50 p.m.

JUDGE/MAG.: Conley    CLERK: rks    REPORTER: JD

PROBATION OFFICER: B. Schwonke    INTERPRETER: _____    SWORN: _____

CASE NUMBER: 25-cr-63-wmc-1    CASE NAME: USA v. Jamar Purnell

---

**APPEARANCES:**

AUSA: Steven Anderson    DEFENDANT ATTY.: Kathleen Quinn

DEFENDANT PRESENT: YES

---

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: 43    CRIMINAL HISTORY CATEGORY: III

ADVISORY GUIDELINE IMPRISONMENT RANGE: 60 to LIFE MONTHS.

---

**SENTENCE:**

COUNT(S) 1ss, 7ss : ☒ INDICTMENT  ☐ INFORMATION

CBOP  CT. 1ss ; 180 MOS.; 5 YRS. S/R; $ 100 CA; $ - REST.; $ - FINE.

CT. 7ss ; 60 MOS.; 5 YRS. S/R; $ 100 CA; $ - REST.; $ - FINE.

☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;

☐ RELEASE CONDITIONS CONTINUED.

☒ DETAINED.

---

**ACTIONS:**

☒ PLEA AGREEMENT ACCEPTED

☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL

☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

☐ REVOKED

---

**NOTES:**

Ct. 7 CBOP to run consecutive to Ct. 1; terms of S/R to run concurrently.

Ct 1. sentence to run concurrent with any sentence imposed in state court case involving same conduct; Ct. 7 must run

consecutive to any sentence state court may impose and will leave to state court judge to consider.

TOTAL COURT TIME: 0' 36"