# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: _05/22/2026_  DAY: _Friday_  START TIME: _1:09 PM_  END TIME: _1:52 PM_

JUDGE/MAG.: _Conley_  CLERK: _acd_  REPORTER: _jld_

PROBATION OFFICER: _Schwonke_  INTERPRETER: _____  SWORN: YES

CASE NUMBER: _25-cr-63_  CASE NAME: USA v. _Keean V. Moore_

---

**APPEARANCES:**

AUSA: _Steven Anderson_  DEFENDANT ATTY.: _Andrea Nicole Schoenherr_

DEFENDANT PRESENT: YES

---

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: _38_  CRIMINAL HISTORY CATEGORY: _IV_

ADVISORY GUIDELINE IMPRISONMENT RANGE: _324_ to _405_ MONTHS.

---

**SENTENCE:**

COUNT(S) _1ss_ : ☒ INDICTMENT  ☐ INFORMATION

CBOP  CT. _1ss_ ; _132_ MOS.; _5_ YRS. S/R; $ _100_ CA; $ _-_ REST.; $ _-_ FINE.

CT. _____ ; _____ MOS.; _____ YRS. S/R; $ _____ CA; $ _____ REST.; $ _____ FINE.

☐ VOLUNTARY SURRENDER: _____ between _____ and _____;

☐ RELEASE CONDITIONS CONTINUED.

☒ DETAINED.

---

**ACTIONS:**

☒ PLEA AGREEMENT ACCEPTED

☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL

☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

☐ REVOKED

---

**NOTES:**

_____

_____

_____

TOTAL COURT TIME: _43"_