Dear Jimmie Ieuaxay,

I hope this letter finds you in strength and good spirits. I've been thinking a lot about the impact you've had on my life, and I wanted to take the time to tell you just how much it truly means to me.

You have been an incredible mentor to me. The way you carry yourself, the wisdom you share, and the guidance you've given have all shaped how I think and how I move through life. You're one of the smartest people I've had the chance to learn from, not just in knowledge, but in understanding people, choices, and consequences. That kind of intelligence is rare, and it shows in everything you do.

What stands out most to me is how you've always focused on helping others. I've only known you through the way you've shown up for the community, especially for younger people who need direction. You've made a real effort to guide kids onto a better path, to help them avoid mistakes, and to believe in something more for themselves. That says a lot about your character and your heart.

I want you to know how much I appreciate you. The time, energy, and care you've given hasn't gone unnoticed. You've made a difference in my life, and I'm grateful for that every day.

I also want you to know that I look forward to the day you come home. You have so much more to give, and I know your presence will continue to uplift and inspire the people around you. Until then, please stay strong and keep holding onto that same purpose that has already helped so many.

Thank you for being the person you are and for everything you've done.

With respect and appreciation,

Maurice Jenkins

To the Honorable Court,

I am writing this letter to speak to the character of Jimmie Leuaxay. I am the mother of his children, and I have known Jimmie since we were 14 years old. Over the course of our lives together, through all of our ups and downs, one thing has remained constant , Jimmie is, at his core, a genuinely good man and an extraordinary father.

When my oldest daughter was just nine months old, Jimmie came into our lives and never looked back. She will be nine years old this year, and from the very beginning, he embraced her as his own flesh and blood without hesitation. When our daughter together was born, he rose to meet that role with the same love and dedication. He was present in every sense of the word, he read to them, established bedtime routines, got up for school drop-offs, and made it clear through his actions every single day that his children came first. There was no question in either of our daughters' minds that they were loved, protected, and prioritized.

Jimmie is the kind of father that not every child is lucky enough to have. He gave our daughters an abundance of love, taught them life lessons, and showed up in ways that mattered. I am deeply grateful that both of my girls have had the experience of being truly loved by their father, because not everyone gets that. His influence extended beyond our home as well. Several of his friends did not step into fatherhood fully until they saw how Jimmie showed up for his kids. He led by example, and it changed the people around him.

To everyone who has ever known Jimmie, what stands out most is that everything he does is genuine and comes from his heart. He is funny, intelligent, protective, and deeply caring, not just for our family, but for everyone in his life. I have never met a single person who has known him and had anything negative to say about who he is as a person.

Even now, while incarcerated, Jimmie continues to show up as a father. He has made it his mission to keep things as normal as possible for our girls. He has taught both our six and eight-year-old daughters how to multiply by nines and elevens, and every phone call includes math equations and laughter. He refuses to let distance take away his role in their lives.

Our daughters have struggled deeply with his absence. They are currently in therapy, and we are working together as co-parents to help them heal. They are six and eight years old. I do not want them to be grown women by the time they see their father again. I do not want him to miss their first heartbreaks, their first jobs, their high school graduations, their proms, the day they get their driver's licenses. These are the moments that shape a child's life, and he is the kind of father who would be there for all of them.

I understand that what led to this situation was wrong, and I am not writing this letter to excuse it. But I also know that sometimes, people who grow up in difficult environments fall victim to what surrounds them, especially when they have never been shown another way. I believe with my whole heart that Jimmie has the capacity to learn from this, to grow from it, and to come home and be exactly who his daughters need him to be.

I humbly ask that you consider showing him some measure of leniency and mercy. He is a great person, a devoted father, and a man who was meant for so much more. Our daughters need him, and I truly believe the world is better with him in it, present, free, and able to be the father he has always been.

Respectfully,
Elesia Jones
elesiaj1209@gmail.com
04/21/2026

To Whom It May Concern,

I am writing this letter in support of Jimmie Leuaxay, who I have had the privilege of knowing for many years. I am a close family friend, and also the godparent to his two daughters. I feel compelled to share my perspective on his character and the positive role he has played in my life and the lives of others.

Jimmie Leuaxay is, above all, a devoted and loving father. His daughters mean everything to him, and I have personally witnessed the care, attention, and love he gives them. They rely on him not only for support, but for guidance, stability, and encouragement. It is clear to me that his presence in their lives is deeply important, and that they would greatly benefit from having him home with them.

Beyond being a great father, he is also a supportive brother, son, and friend. Over the years, he has been there for me during difficult times when I needed it most. His generosity and willingness to help others, even when he had his own challenges, speaks volumes about the kind of person he is.

He has always shown kindness, responsibility, and a strong sense of loyalty to the people around him. While I understand that he is currently facing serious circumstances, I truly believe that he is capable of continuing to grow and make positive contributions to his family and community.

It is my sincere hope that you will take into consideration the impact his absence has on his daughters and loved ones. Releasing him would not only allow him to continue raising his children, but also to support his family in meaningful ways.
Thank you for taking the time to read my letter and consider my perspective.

Sincerely,
Shaniqua Scott, LPN
608-516-7073
Shaniqua.scott13@gmail.com

Tamara L Jamison-Perkins

04/19/26


To Whom It May Concern,


I am writing this letter in support of Jimmie Leuaxay. I have had the opportunity to know Jimmie as both a devoted father and a valued member of our family, and I would like to share my perspective on his character.


Jimmie is a wonderful father and son-in-law who consistently demonstrates love, responsibility, and dedication to his family. He is always willing to help whenever needed, often putting others before himself without hesitation. His kindness and generosity are evident in the way he treats everyone around him with respect, patience, and genuine care.


Within our family, Jimmie has shown himself to be dependable and supportive. He plays an important role not only as a father but also as a source of emotional and spiritual strength. His two beautiful daughters love him deeply and rely on him for guidance, comfort, and stability. The bond they share is strong, and his presence in their lives is incredibly important to their well-being.


I respectfully ask the Court to show mercy and consideration in Jimmie's case. His family loves him dearly, and he is an essential part of their lives. Granting leniency would allow him to continue being the supportive father and family member that his loved ones depend on.


Thank you for taking the time to consider this letter.


Sincerely,

*Tamara L Jamison-Perkins MSW*

Tamara L Jamison-Perkins MSW

My name is Anthony Leuaxay and I am Jimmie's little brother. I wanted to write this letter to share my perspective on who Jimmie is as a person outside of the situation that has brought him before the court.

I know Jimmie has made serious mistakes, and I am not writing to excuse his actions. I understand the importance of accountability and the seriousness of the charges he is facing. However, I hope the Court can also consider the person I have known my entire life.

Jimmie has always been someone who deeply cares about the people around him. He has been a loving father, son, brother, and friend. He has always shown up for family when we needed him, whether that meant helping financially, being there emotionally, or simply making people feel supported during difficult times. He loves his children very much and no child deserves to grow up without their father present, and I know Jimmie carries that pain heavily. Despite everything, I truly believe he wants to become a better man not only for himself, but for his family and future.

Jimmie means a great deal to our family, and his presence matters deeply to his children and loved ones. I respectfully ask the Court to consider his character, his support system, and his ability to grow from this experience.

Thank you

Anthony Leuaxay

To whom it may concern,

My name is Lun Fongsamout, and I am writing to you today on behalf of Jimmie Leauaxay, a man I call not only my friend but my brother. Jimmie and I have known each other since June of 2000. He was one of the first people I met after moving to Wisconsin from Minnesota. I still remember that day at Warner Park, it was where families gathered to enjoy the day fishing, having a cookout or just enjoying a nice day. We became friends quickly because of his loving nature and outgoing personality.

Throughout the years our friendship grew into a brotherhood bond. He became a part of my family, and I his. I have watched him grow into adulthood and become the father he is today to his two children and have seen firsthand how the 10-year-old Jimmie that I first met would be proud of Jimmie today. He not only is an outstanding father to his own children but a great uncle to my children; they adore and love their uncle Jimmie and spiral when they hear that he's coming to visit or we're going to visit and that in my opinion shows how loved they are by someone who chose to be their uncle, blood related or not.

Jimmie is the most kindhearted person who would give you his last dollar to make sure you have something to hold until you get back on your feet. Even if it means he must struggle to survive. We all have made mistakes in life. If we let society tell it, Jimme would be the worst of the worst and I disagree with that opinion wholeheartedly. I have seen firsthand the great friend, father, uncle, and son that he is. I've seen Jimmie at his worst, also at his best but you still get the same version of him in both situation's ; the person that holds it all together , the person that finds his way to survive the struggles of navigating everyday life to make a better life for himself, his children and the people around him.

I know that this letter might not be much, but I wanted to let people know that Jimmie is not the cold-hearted, senseless person that they are trying to make him out to be. He is the person who shows up for anyone when you are going through something. He is the person that shows the most compassion when the world feels like its falling apart. Jimmie has been a big part of me becoming the man I am today through all our trials and tribulations in life. I may have the "older brother" title, but he truly has helped me grow in so many ways that he does not even realize it himself.

Thank you for taking this opportunity to understand who Jimmie is to us and our families and friends. Jimmie is more than a piece of paper on the docket.


Appreciatively,

Lun Fongsamout

Souda Yang

10 Fallview Ct. Apt. D

Madison, WI 53704

Souday23@gmail.com

(608) 852-6392


Dear Honorable Judge,

I hope this letter finds you in good health. I am writing this letter to express my strong support and provide a character reference for my cousin, Jimmie Leuaxay.

Jimmie is a person of integrity, loyalty, compassion and responsibility. His commitment to family values and dedication to helping others has been evident in every aspect of his life.

One of the most admirable qualities Jimmie possesses his ability to face challenges with courage and resilience. I have witnessed Jimmie navigating through some of the most difficult situations in his life alone, with a calm demeanor, positive attitude and while continuing to be the lending hand of help to family members and friends. Jimmie is known to be a man of honor and to put his family above all things.

I acknowledge that he is not perfect and has made mistakes in his life, just as every human being does with the hope that our mistakes do not define us as a person and who we truly are. Although it may seem difficult to believe or understand, Jimmie is a genuine person with a heart that is one of a kind. I'm sure that Jimmie only needs more people in his life who can expose him to more positive environments and better guide/support him with the battles that he faces internally and never speaks of.

I understand that Jimmie is facing serious charges, however, I believe it is important to consider his overall character and the context surrounding his situation. I firmly believe that with the right support system, Jimmie can be a positive influence in the community.

Thank you for your time and consideration.


Sincerely,

*Souda Yang*

Souda Yang

May 18th, 2026

CoCoa'Shanell Steward
5680 Pennwall St
Fitchburg Wi 53711

Honorable Judge Conley,

This is a letter requesting leniency in the May 28th, 2026 sentencing of Jimmie Leuxay.

Although one cannot overlook Jimmie's involvement in his current situation, one can only hope his sentencing allows him some type of future with the ability to lead a productive positive life.

Ware-housing inmates for extensive amounts of time serves no purpose towards rehabilitation.

Please consider Mr. Leuaxay's age, childhood, experiences, lack of education and job skills and his inability to separate the 'street life' from forming positive choices and goals.

Mr. Leuaxay has many attributes, not depicted through this situation. Hopefully the courts will give Mr. Leuaxay a sentence which allows him a second chance.

Respectfully,

CoCoa'Shanell Steward

To Whom It May Concern,

My name is Randy, and I am Jimmie's youngest brother. There is a 10-year age gap between us, so we were never extremely close growing up, but Jimmie was always someone I knew I could depend on when I needed him.

I have always looked at him as a role model and someone who cared deeply about family.

I understand he made mistakes, but I know those mistakes do not fully define the person he is. I truly believe he can learn from this experience and continue moving forward in a positive direction.

Thank you for your time and consideration.

Sincerely,

Randy

Dear Honorable Judge,

My name is Vang Thao, and I am writing in support of Jimmie Leauxay ahead of his sentencing on May 28th.

I have known Jimmie for over 15 years. During that time our relationship has grown from friendship into something closer to brotherhood. Throughout those years I have known Jimmie to be a dependable and loyal person-someone who shows up for the people in his life when it matters most.

One thing that stands out to me is his growth, especially as a father. I have personally seen how much he has changed for his daughters and the effort he puts into being present and supportive in their lives, from going with them on school field trips to constantly finding activities for them to do together.

We both come from difficult backgrounds where our fathers were not present, but I am not sharing that as an excuse. Rather, it highlights the progress Jimmie has made and the man he has chosen to become. He continues to be a positive influence on his family and those around him.

I respectfully ask the court to consider his character, his growth, and the role he plays in his family when determining his sentence.

Thank you for your time and consideration.

Sincerely,

Vang Thao