

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

---

<u>*Address:*</u>
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

May 26, 2026

Brittany M. Schwonke
U.S. Probation Officer
United States Probation and Parole
222 West Washington Avenue, Suite 340
Madison, WI 53703

      Re:    *United States of America v. Keean V. Moore Jr.*
             Case No. 25-cr-63-wmc

Dear Ms. Schwonke:

      I have reviewed the Presentence Investigation Report (Dkt. 377) prepared in the above-captioned case and I do not have any objections or factual clarifications.

                    Very truly yours,

                    CHADWICK M. ELGERSMA
                    United States Attorney

                    By: /s/
                    STEVEN P. ANDERSON
                    Assistant United States Attorney