# KNOLL & LAITSCH, SC
## ATTORNEYS

---

121 S. PINCKNEY STREET – SUITE 550
MADISON, WISCONSIN 53703
TELEPHONE (608) 255-2560
FACSIMILE   (608) 255-5870
E-MAIL       knollandlaitsch@gmail.com

TONI H. LAITSCH

May 26, 2026

Brittany M. Schwonke
U.S. Probation Officer
United States Probation and Parole
222 West Washington Avenue, Suite 340
Madison, WI 53703

     RE:    *United States of America v. Keean V. Moore Jr.*
             Case No. 25-cr-63-wmc

Dear Ms. Schwonke:

    I am writing to advise that I have discussed the contents of the Presentence Report with Mr. Moore and we have no objections.  There is one clerical correction at paragraph 187: Mr. Moore's paternal sibling is spelled Ziona Moore-Johnson, .

                Respectfully,

                *Electronically Signed*

                Antonette  Laitsch
                Attorney at Law

THL:alh