

# JONES LAW FIRM

P.O. Box 44188 Madison, WI 53744-4188

Attorney William Richard Jones        (ph) 608·628·0598        (fax) 608·514-9003        bill@billjoneslawfirm.com

May 26, 2006

**Via Electronic Filing**
Honorable William Conley
United States District Judge
120 North Henry Street
Madison, WI 53703

            Re:    **U.S. v. James Dubois**
                   **25-cr-63-wmc**

Dear Judge Conley:

I am writing in anticipation of the sentencing hearing scheduled for May 28, 2026 at 2:00 p.m. I anticipate advocating for a sentence of 3 years of incarceration. I recognize this as a below guideline sentence proposal however I lean heavily on the fact that the guideline is driven primarily by the cumulative drug amount accountable to Mr. Dubois's behavior as a low-level drug dealer supporting an incredibly serious drug addiction. He has no offense enhancers and is safety-valve eligible. In addition, he has never been to prison before and of all the sentencing goals, 18 USC § 3553(a)(2)(D) "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner" seems to be the one that would best drive the sentencing decision.

Mr. Dubois's criminal record is not violent. His convictions appear to all stem from petty theft to support a drug habit or from mis-behavior such as disorderly conduct and neglectful parenting relating to drug use. His history and offense conduct should not be seen as demonstrating poor **personal characteristics** or recalcitrance towards the legal system. His offense conduct in this case was not acting out of lack of **respect for the law**, he was obeying a much more powerful addiction. He would obviously benefit from a few years of (1) isolation from the drug use temptation found in the community and (2) the rehabilitation opportunities found in the Federal Bureau of Prisons.

Mr. Dubois's **personal characteristics** appear to be the product of a difficult upbringing. During the years that most children are being protected, loved and educated about right and wrong Mr. Dubois witnessed his mother dealing drugs and was at times left to fend for himself for days. (PSR ¶ 223) By age 15, when most minors are being fed a solid breakfast and sent off to school, Mr. Dubois was living with friends or just living out on the streets fending for himself. His criminal history suggests that at least by age 21 (2015) Mr. Dubois was an intravenous drug user. (¶ 189) He was 31 years old when he was arrested on the current offense conduct and his history of being on state probation and participating in less-intensive a drug program (¶238) appear to have been unsuccessful in putting him on a sober path. A 3 year period of incarceration appears to be necessary to meet his rehabilitative needs and also protect the public as he

engaging in intensive rehabilitation and isolation from the outside world. However any time beyond that would not be reasonably designed to serve any other 18 USC § 3553 sentencing goal.

Sincerely,
JONES LAW FIRM
/s
William R. Jones

cc:  AUSA Steve Anderson (via electronic filing)
     Clerk of Court, Western District of Wisconsin (via electronic filing)

2