**Knoll & Laitsch helpdesk <knollandlaitsch@gmail.com>**

## Fwd: Keean letters

1 message

**toni laitsch** <tonilaitsch@gmail.com>            Tue, Jun 9, 2026 at 11:09 AM
To: Knoll & Laitsch helpdesk <knollandlaitsch@gmail.com>

---------- Forwarded message ---------
From: **Natasha Robinson** <kmoorecleaningservice@gmail.com>
Date: Sat, May 30, 2026 at 9:59 AM
Subject: Keean letters
To: toni laitsch <tonilaitsch@gmail.com>

# Dear Judge,

My name is Natasha Douglas-Henderson I'm Keean's fiancé and mother of his children im writing this letter to reference Keean Vontrell Moore Jr.

Keean and I have been together for 6 years knowing each other for 11 years. We became very close in 2020. There has been ups and downs in our relationship but that's everybody. To know Keean has been such a great impact on my life. He is sweet, kind, very outspoken and full of life. With all things Keean has been through foster care losing his mother at a young age his father in and out of prison Keean wanted better for him self. He try's daily to give our children a better life then him and I had. In 2024 we started a business! It was very new to us very hard but we love it. K-Moore's Cleaning Service LLC we have a contract with the ADRC OF Dane county! Keean would come clean with me and the smiles he would put on our customers faces just off the conversation they had was so heartwarming they would talk for hours making them happy and comfortable. Keean has been a great father figure to our two oldest children Devin and Dae'Mazzii he treats them like they are his own! Our son Devin has ODD And ADHD it has been a rough road with him but when Keean started helping him with a lot of one on one it improved Devin's day they would cook dinner read books play the video game watch movies help with homework go fishing go for walks teach him how to ride a bike! We also have our youngest daughter she is 2 years old that has LEVEL 3 Autism non verbal and we have been working with her so well she now say 250 words! We struggled at first I was very frustrated at first but Keean show me ways to help her and learn how to care for her correctly. We have two other daughters that live in the home with us and their bond is so good they love him so much with him being gone it has been crazy. They all use to spend everyday with Keean from 3pm - 11pm because I was working and all became very close! Although we are in the situation that we are in I ask if you could look at Keean for who he is not the mistake that he made. I know for a fact that Keean will never be in this situation again being away from family is so hard and being away cause us so much struggle in our daily life's especially with our kids I know Keean regrets everything that happen and if could take it back he would! It have been a pleasure having him as a soon to be  husband father to our children and we miss him so much!

If you have any questions please free to contact me or ask at the court hearing!

Natasha Douglas-Henderson

Owner
K-Moore's Cleaning Service LLC
Sent from my iPhone


--
Toni Laitsch
Attorney at Law


NOTICE: This message, and any attachments, may contain
confidential information that is legally privileged and
protected by the attorney-client privilege and/or the work
product doctrine. If you are not the intended recipient,
you may not use, read, copy, forward or disclose this message
or its attachments. If you have received this message in
error, please notify the sender at tonilaitsch@gmail.com
or 608.255.2560 and delete all copies of the message and any
attachments from your system immediately.