

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

June 12, 2026

Magistrate Judge Anita Marie Boor
United States Courthouse
Courtroom 460
120 North Henry Street
Madison, WI 53703

   Re:  *United States of America v. Anthony E Hohenstein*
       Case No: 25-cr-63-wmc

Dear Magistrate Boor:

In response to the Court's order (Dkt. 434), the Government identifies the following individuals as co-conspirators with Anthony E. Hohenstein in Count 1 of the second superseding indictment: Jamar M. Purnell, Shavarim J. Wicks, and Jimmie A. Leuaxay. The government has no co-conspirators "unknown" to the grand jury to identify.

       Very truly yours,

       CHADWICK M. ELGERSMA
       United States Attorney

       By: /s/ _____
       STEVEN P. ANDERSON
       KATHRYN GINSBERG
       Assistant United States Attorney