IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

     v.

KYLE W. HAAG, ANTHONY E.                              Case No.  25-cr-63-wmc
HOHENSTEIN, WAYLON R.
DEGENHARDT, and ALISHA R.
LAVINE,

          Defendants.

---

MOTION TO STRIKE JULY TRIAL CALENDAR

---

The United States moves to strike the July 20, 2026, trial date and associated deadlines, and alternatively for a two-week extension of the audio-visual notice deadline. The grounds for the motion are:

1.     At a March 20th scheduling conference, the Court severed the remaining defendants into two trials.

2.     The first trial, set to begin July 20th, is for Kyle Haag, Anthony Hohenstein, Waylon Degenhardt, and Alisha Lavine. Dkt. 344.

3.     Two of these defendants, Haag and Lavine, have signed plea agreements. The government filed its plea agreement with Haag this morning. Dkt. 449. It has not yet received Lavine's plea agreement, but Lavine's counsel represented that Lavine signed it last week.

4.      The second trial, set to begin October 19th, is for Yasir Stackhouse, Shavarim Wicks, Dajuea Purnell, William Marshall, and Treagir Sander. Dkt. 345.

5.      Wicks has pleaded guilty and will be sentenced this week. Dkt. 355.

6.      That leaves six remaining defendants headed to trial. Rather than having two separate trials, the Court should strike the July 20th trial date and try the remaining defendants together on October 19th.

7.      Judicial economy weighs strongly in favor of this resolution. The government will not need to prove the conspiracy twice, and the Court will not need to conduct two lengthy trials while the government does so. Witnesses, including 19 expert chemists, will not need to testify twice. Further, confidential informants will not have to endure a risky period between when their identities are disclosed during the first trial and when they have to testify again in the second trial.

8.      Regarding logistics, in an earlier scheduling order, the Court proposed three separate trials, one of which consisted of six defendants. *See* Dkt. 300 at 3 (proposing a trial of Sander, Haag, Land, Hohenstein, Lavine, and Stackhouse). Based on this order, the government believes the Court can accommodate six defendants—a number that is likely to decrease as additional defendants consider outstanding plea offers.

9.      Mark Maciolek, counsel for Hohenstein, does not object to moving his client's trial to October.

10.     Sarah Schmeiser, counsel for Degenhardt, also does not object to moving her client's trial to October.

11.     To avoid expending unnecessary resources, the government asks for an expedited ruling on this motion. The government's deadlines in the first trial are beginning to fall. Most pressingly, the audiovisual notice is due tomorrow. While the government is working to meet that deadline, undersigned counsel are also preparing for the June 22nd trial of Jonathan Conley, Case No. 25-cr-32-wmc. If the Court does not strike the trial date, the government alternatively moves for a two-week extension of its audio-visual notice deadline, from June 16 to June 30, for the same reasons.

Dated June 15, 2026

Respectfully submitted,

CHADWICK M. ELGERSMA
United States Attorney


/s/
STEVEN ANDERSON
KATHRYN GINSBERG
Assistant United States Attorneys

3