IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

ANTHONY E. HOHENSTEIN and                    Case No.  25-cr-63-wmc
WAYLON R. DEGENHARDT,

Defendants.

GOVERNMENT'S NOTICE OF INTENT TO USE AUDIO VISUAL EVIDENCE

The United States of America submits its notice of intent to introduce the

following audio/visual recordings:

**Interviews**

1.  Jamar Purnell (Bates 6593, 6594, 6595)

2.  William Marshall (Bates 6615, 6616)

3.  ████████ (Bates 6572), for impeachment only

4.  ██████ (Bates 6602), for impeachment only

5.  ███████ (Bates 6603, 6604), for impeachment only

6.  ████████ (Bates 6596), for impeachment only

**Controlled Buy Recordings**

7.  07/09/2024 - Bates 12577

**TT2 – Jamar Purnell**

8.  01/27/2025 - Call 237

9.  02/02/2025 - Call 341

10. 02/10/2025 - Call 551

11. 02/10/2025 - Call 554

12. 02/11/2025 - Call 572

13. 02/14/2025 - Call 634, and 636

14. 02/15/2025 - Call 653

15. 02/15/2025 - Call 668

16. 02/28/2025 - Call 70

17. 03/01/2025- Call 96

18. 03/03/2025 - Call 169

19. 03/05/2025 – Call 204

20. 03/08/2025- Call 256

21. 03/14/2025- Call 331

22. 03/17/2025 - Call 422

23. 03/19/2025 - Call 540

**TT3 – Jimmy Leuaxay**

24. 01/31/2025 – Calls 241, 314, 424, 435, 439, 441, 446, 448, 450, 452, 460, 461, 463, 477, 497, 484, 485, 487, 508, 566, 576, 582, 591, 614, 618, 635, 637, 638

25. 01/31/2025 – Call 287

26. 01/31/2025– Call 314

27. 02/02/2025 – Call 1203, 1215, 1216, 1217, 1218

28. 02/05/2025 – Call 2076, 2101, 2168, 2171, 2178

29. 02/05/2025 – Call 2034, 2035, 2038, 2154

30. 02/06/2025 – Call 2640

31. 02/06/2025 – Call 2333

32. 02/06/2025 – Call 2641, 2687, 2712

## TT5 – Keean Moore

33. 01/30/2025 - Call 148

34. 03/01/2025 - Call 88, 103, 106, 145, 161, 162, 167, 168, 170, 171, 173, 214, 215, 216, 336, 338, 342, 345

35. 03/03/2025 – Call 343, 365, 370, 374, 375, 365, 371, 407, 440, 444, 465, 478, 480, 505, 508, 510, 516, 518, 539.

36. 03/05/2025 – Call 860, 864, 882, 883

## TT6 - Jimmy Leuaxay

37. 03/06/2025 – Call 984, 1059, 1064, 1065 1526, 1581, 1582, 1590

38. 03/10/2025 - Call 1491, 1495, 1499, 1501, 1526, 1532, 1533, 1536, 1539, 1560, 1572,

39. 03/11/2025 – Call 1581, 1582, 1590, 1626, 1630, 1631, 1632, 1633, 1642, 1644, 1645

40. 03/13/2025 – Call 1842, 1845, 1847, 1849, 1852, 1853, 1888, 1890, 1900, 1901, 1902, 1903, 1904, 1905, 1907, 1908, 1931

## Surveillance

41. 06/20/2024 Meeting - Bates 10989 to 10995

42. 06/25/2024 Meeting - Bates 11004 to 11006

43. 07/02/2024 Controlled Buy - Bates 11017 to 11019

44. 07/09/2024 Controlled Buy- Bates 12577

45. 07/31/2024 Controlled Buy
     a.   Audio (Bates 12578)
     b.   Video (Bates 12580 to 12584)

46. 09/12/2024 Controlled Buy
     a.   Audio (Bates 12539)
     b.   Video (Bates 5168)

47. 03/03/2025 Surveillance - Bates 12120

48. 03/06/2025 Surveillance - Bates 12216

49. 03/10/2025 Surveillance – Bates 12463

50. Burley Pole Camera – Bates 20717
     a.   March 8, 2025, 7:15pm - 9:14pm
     b.   March 10, 2025, 6:52am - 7:30am
     c.   March 11, 2025, 1:05pm – 3:03pm
     d.   March 13, 2025, 2:52pm and 5:37pm
     e.   March 14, 2025, 6:55am and 11:16am

Dated: June 16, 2026

Respectfully submitted,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/
STEVEN ANDERSON
KATHRYN GINSBERG

4