# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City:  Madison

County/Parrish:  Dane

Related Cases:
US v. Noah A. Hodges (25-cr-87-wmc);
US v. Andre B. Morriss (25-cr-106-wmc); and
US v. Brittany B. Bobzien & Taylor A. Kilbey

## Related Case Information:

Superseding  25-cr-63-wmc  Docket Number _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number  24-mj-69

Search Warrant Case Number _____

R 20 / R40 from District of _____

## Defendant information:

Matter to be Sealed _____ Yes    ✓ No

**Def. Name:**  Waylon R. Degenhardt

**Alias Name:**

**City/State:**  Boscobel, WI

**Year of Birth:**  1982    Last 4 digits of SSN  6231

**Sex:**  Male    **Race:**  White

## U.S. Attorney Information:

STEVEN P. ANDERSON    Bar #: _____

Interpreter:  ✓ No ____ Yes    List language and/or dialect: _____

## Location Status:

Arrest Date: _____

____ Already in Federal Custody as of: _____ in  Grant County Jail

✓ Already in State Custody

____ On Pretrial Release

## U.S.C. Citations:

Total # of Counts:  1    ____ **Petty**    ____ **Misdemeanor**    ✓ **Felony**

Class A

Class B

Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to Distribute & Possession with Intent to Distribute Methamphetamine & Fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date: June 18, 2026**    **Signature** /s/ STEVEN P. ANDERSON