# WARRANT OF ARREST SEALED

| **United States District Court** | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|

| United States of America<br><br>v.<br><br>Waylon R. Degenhardt<br><br>Defendant. | DOCKET NO. 25-cr-63-wmc | MAGISTRATE JUDGE CASE NO. |
|---|---|---|

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:

Waylon R. Degenhardt

Grant County Jail
205 5th Ave. Lancaster, WI 53813

Warrant Issued on the Basis of:

✓ Indictment ☐ Order of Court ☐ Information ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                          City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to Distribute 50 Grams or More Methamphetamine

IN VIOLATION OF TITLE:        21 U.S.C. Section(s) 841(a)(1) & 846

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Andrew R. Wiseman | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk<br>N. Nelson, Deputy Clerk | Date Issued: 10/29/2025 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 10/25/25 | Date Executed: 6/24/26 |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |